# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

In re:

KAP HYON KIM,

     Debtor.

US BANK, N.A.,

     Plaintiff.

vs.

KAP HYON KIM
GORDON P. PEYTON, TRUSTEE,

     Defendants.

CHAPTER 7

CASE NO. 10-19967-RGM

## ORDER GRANTING RELIEF

Upon consideration of the Motion of the Plaintiff, US Bank, N.A., to amend the automatic stay, the Debtor having filed a statement of intention to surrender the property, the Trustee having filed a Report of No Distribution, and the Court finding grounds to grant the Motion, it is;

**ORDERED** that the automatic stay of 11 U.S.C., Section 362 be, and it is hereby, modified to allow the Plaintiff, its successors and assigns to enforce the lien of its Deed of Trust set out in its Motion pertaining to the property located at 5642 Sutherland Court, Burke, VA 22015, and described as follows:

> **Lot 46, Section 1, CROWNLEIGH, as the same appears duly dedicated, platted and recorded in Deed Book 5559 at page 198, among the land records of Fairfax County, Virginia, AND BEING the same property conveyed to the Grantors by Deed dated October 17, 1997 and recorded December 17, 1997 in Deed Book 10145 at page 1870, among the aforesaid land records.**

Relief under this Order shall extend to the purchaser at any foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property.

DATED:

                                   _____

                                   JUDGE

Eric David White, Esquire
Counsel for Plaintiff
Samuel I. White, P. C.
1804 Staples Mill Road, Suite 200
Richmond, VA 23230
State Bar #21346
(804) 290-4290

_____

I ask for this:
## /s/ ERIC DAVID WHITE
Samuel I. White, P. C.
Eric David White, Esquire, VSBN 21346
Counsel for US Bank, N.A.
1804 Staples Mill Road, Suite 200
Richmond, VA 23230

CERTIFICATE

I hereby certify that this proposed Order is substantially in compliance with Standing Order Number 10-2 and that it has been endorsed by all necessary parties involved in this proceeding.

## /s/ ERIC DAVID WHITE
Samuel I. White, P. C.

The Clerk shall mail a copy of the entered Order to the following:

Gordon P. Peyton, Esquire
Chapter 7 Trustee
510 King Street, Suite 301
Alexandria, VA 22314

Weon Geun Kim, Esquire
Counsel for Debtor
8200 Greensboro Drive, Suite 900
McLean, VA 22102

Kap Hyon Kim
Debtor
5642 Sutherland Court
Burke, VA 22015

/40-008399-10